Joan KIEFFER and Peter Kieffer,
Plaintiffs and Appellants,

v.

Richard W. HUEBNER, Defendant
and Appellee,

and

the unknown driver of a large dark
colored motor vehicle,
Defendant.

Civ. No. 940165.

Supreme Court of North Dakota.

Oct. 27, 1994.

Joe A. Johnson of Wegner, Fraase, Nordeng, Johnson & Ramstad, Fargo, for plaintiffs and appellants.

Barton J. Cahill, Cahill & Marquart, Moorhead, MN, for defendant and appellee.

PER CURIAM.

Joan and Peter Kieffer appeal from an order denying their motion for a new trial. Kieffers argue the trial court's order of denial was a manifest abuse of discretion.

We affirm under Rule 35.1(a)(4), N.D.R.App.P.

VANDE WALLE, C.J., and SANDSTROM, NEUMANN, LEVINE and MESCHKE, JJ., concur.

---

Keith H. MOREHOUSE, Plaintiff
and Appellee,

v.

Valerie J. MOREHOUSE, Defendant
and Appellant.

Civ. No. 940077.

Supreme Court of North Dakota.

Oct. 27, 1994.

Dwight C.H. Kautzmann (argued), Bair, Kautzmann, and Bair, Mandan, for defendant and appellant.

Austin Engel (argued), Webster & Engel, Bismarck, for plaintiff and appellee.

PER CURIAM.

Valerie Morehouse appeals from a judgment in a divorce action. She alleges that the property distribution was clearly erroneous. The authority does not support her claim. NDRCivP 52(a); *see also Gaulrapp v. Gaulrapp,* 510 N.W.2d 620 (N.D.1994) (deciding that property distributions need not be equal to be equitable so long as they are explained); *Heley v. Heley,* 506 N.W.2d 715 (N.D.1993) (concluding that it is within the trial court's discretion to determine equitable distributions of property depending on the facts and circumstances of that case). Therefore, we summarily affirm the district court's ruling pursuant to NDRAppP 35.1(a)(2) and (7).

VANDE WALLE, C.J., and NEUMANN, LEVINE, MESCHKE and SANDSTROM, JJ., concur.